U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Nov 10 - 2021
John M. Domurad, Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

THOMAS RASTELLI,

    Plaintiff,

-against-

COX AUTOMOTIVE, INC. D/B/A MANHEIM, TIMOTHY JANEGO, AND KRISTA FALCONE,

    Defendants.

Civil Action No. 1:21-cv-00799-FJS-DJS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, through the undersigned counsel, that Plaintiff's Complaint and any and all claims that were or could have been asserted in this action are hereby discontinued and dismissed in their entirety, with prejudice, without costs to either party.

Dated this 8th day of November, 2021.

*Evan Brustein*
Evan Brustein
BRUSTEIN LAW PLLC
299 Broadway, 17th Floor
New York, NY 10007
evan@brusteinlaw.com
212.233.3900
Attorney for Plaintiff

*Jacqueline Phipps Polito*
Jacqueline Phipps Polito
LITTLER MENDELSON, P.C.
375 Woodcliff Drive, Suite 2D
Fairport, NY 14450
jpolito@littler.com
585.203.3413
Attorney for Defendants

*Jeffrey Risman*
Jeffrey Risman
RISMAN & RISMAN, P.C.
299 Broadway, 17th Floor
New York, NY 10007
jrisman@risman-law.com
212.223.6400
Attorney for Plaintiff

IT IS SO ORDERED.
November 10, 2021

*Frederick J. Scullin, Jr.*
Frederick J. Scullin, Jr.
Senior United States District Judge